**Opinion issued August 18, 2014**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-14-00681-CV**

———————————

**IN RE DELORES MAXWELL, Relator**

**Original Proceeding on Petition for Writ of Mandamus**

**MEMORANDUM OPINION**[*]

On August 14, 2014, relator Delores Maxwell filed a petition for a writ of mandamus. We **deny** relator's petition for writ of mandamus. All outstanding motions are **dismissed as moot**.

---

[*] The underlying case is *Delores Maxwell v. Florence Manufacturing Company, Gibraltar Industries, Sugarberry Place Homeowner's Association, Inc., Sugarberry Place Phase II, LTD.*, in the 234th District Court of Harris County, Cause No. 2014-39289.

## PER CURIAM

Panel consists of Justices Massengale, Brown and Huddle.